IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR W. JONES,

    Petitioner,                     No. CIV S-02-1250 GEB DAD P

    vs.

MEL HUNTER, et al.,

    Respondents.               ORDER

/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed several requests seeking information on the status of his case. Petitioner has been advised that he will be notified by the court of any developments as long as he continues to keep the court apprised of his current address. On December 5, 2005, petitioner filed another request for case status and a specific request for a ruling.

        Because of the number of submitted cases on the court's docket, the court is unable to predict with any certainty when findings and recommendations will issue in this case.[1]

---

[1] The court notes that, although this case was initiated in 2002, the case was stayed for approximately eight months while petitioner exhausted some of his claims in state court. Further, contrary to what petitioner claims to have been advised by the staff at Atascadero State Hospital, the last ruling in this case was issued on June 24, 2004.

1

1  Petitioner is advised that a ruling will issue in due course and that he will be notified accordingly
2  at his address of record.
3              Accordingly, IT IS ORDERED that petitioner's December 5, 2005, request for
4  information on the status of his case is granted.
5  DATED: December 12, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9  DAD:8:jones1250.status