IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR W. JONES,

    Petitioner,               No. CIV S-02-1250 GEB DAD P

    vs.

MEL HUNTER, et al.,

    Respondents.        ORDER

_____/

    Petitioner has requested an extension of time to file and serve objections to the September 14, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's September 28, 2006 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the September 14, 2006 findings and recommendations.

DATED: October 10, 2006.

                                     DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE

DAD:mp
jone1250.111(2)