IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR W. JONES,

    Petitioner,        No. CIV S-02-1250 GEB DAD P

    vs.

MEL HUNTER, et al.,

    Respondents.        <u>ORDER</u>

_____/

        Petitioner has requested a second extension of time to file and serve objections to the September 14, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's November 9, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the September 14, 2006 findings and recommendations.

DATED: November 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:bb
jone1250.111(3)