1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   OSCAR W. JONES,

11              Petitioner,                    2:02-cv-1250-GEB-DAD-P

12       vs.

13   MEL HUNTER, et al.,

14              Respondents.            ORDER

15   _____/

16          Petitioner, is a former state prisoner subsequently confined pursuant to a civil

17   commitment.  Petitioner proceeding pro se, has filed this application for a writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20          On September 14, 2006, the magistrate judge filed findings and recommendations

21   herein which were served on all parties and which contained notice to all parties that any

22   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

23   has filed objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

26   /////

                                    1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 14, 2006, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied.

Dated:  January 16, 2007

GARLAND E. BURRELL, JR.
United States District Judge