IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR W. JONES,

        Petitioner,               2:02-cv-1250-GEB-DAD-P

    vs.

MEL HUNTER, et al.,

        Respondents.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's January 16, 2007 denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

1

1   court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

2   290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

3              Petitioner has made a substantial showing of the denial of a constitutional right in

4   the following issues presented in the instant petition:  (1) whether he received ineffective

5   assistance of counsel; and (2) whether his referral for evaluation as a sexually violent predator

6   and subsequent commitment violated his right to due process.

7              Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

8   issued in the present action.

9   Dated:  February 2, 2007

10

11                                        _____

12                                        GARLAND E. BURRELL, JR.
                                          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24
     _____

25         [1]  Except for the requirement that appealable issues be specifically identified, the standard
     for issuance of a certificate of appealability is the same as the standard that applied to issuance of
26   a certificate of probable cause.  <u>Jennings</u>, at 1010.

2