IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR W. JONES,

    Petitioner,                      No. CIV S-02-1250 GEB DAD P

    vs.

MEL HUNTER, et al.,

    Respondents.                <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 16, 2007, the court denied petitioner's application for a writ of habeas corpus and judgment was entered against petitioner. Thereafter, petitioner filed a notice of appeal. This matter is currently on appeal before the United States Court of Appeals for the Ninth Circuit. On March 12, 2007, petitioner filed a request pursuant to Rule 24(c) of the Rules of Appellate Procedure that "the appeal be heard on the original record without reproducing any part." Petitioner is advised that this motion and any other motion concerning his appeal should be directed to the Court of Appeals and not to this court. Accordingly, petitioner's "Motion Requesting Leave to Use Original Record" will be denied.

/////

/////

1  Good cause appearing, IT IS HEREBY ORDERED that petitioner's March 12,
2  2007 "Motion Requesting Leave to Use Original Record" is denied without prejudice to its
3  renewal in the Court of Appeals for the Ninth Circuit.
4  DATED: April 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:jones1250.app